UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA ANN SEAMAN,

    Plaintiff,

v.                                                 Case No: 8:23-cv-1060-WFJ-NHA

MARC FLEURJEAN, JONATHAN MORALES, CHRISTOPHER COVEY, JESSE LOVELACE, JASON FAIN, JOHN VIVIANO, RONALD HENSLEY, GRADY JUDD, LYNN BROOM and CORIZON HEALTH,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Resolution (Dkt. 128) and the notice from U.S. Magistrate Judge Adams** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on October 17, 2025.

                                                        s/*William F. Jung*
                                                       **WILLIAM F. JUNG**
                                                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record